UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA MENES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE LABORATORIES, INC.,<br><br>Defendant. | Case. No. 2:07-cv-01444-ER-FFMx<br><br>**JUDGMENT** |

The Court having granted summary judgment on all claims brought by Plaintiff, it is ordered and adjudged that Plaintiff Roxana Menes take nothing, and that the action be dismissed on the merits.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the parties in this matter.

Dated: January 7, 2008

_____
EDWARD RAFEEDIE
Senior United States District Judge